Case No. 3:21-cv-870-MCR/MJF

United States District Court For the
Northern District of Florida
Pensacola Division

I JAMES JEAN-RENE made several attempt to pay the filing FEE on time. My Counselor and the Unit team Manager fail to send the money to the Court on my behalf, please find the highlighted page where request was made for the money to be expedited to the Court.

Respectfully

*[signature: James J. Jean-Rene]*

Date:  08/20/2021  
Time:  06:28:27 PM  
Location: PEN

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
## Personal Inmate Information

**Inmate No: 68127018   Inmate Name: JEAN-RENE, JAMES J         Available Balance: $864.07**

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 08/16/2021 | 90 | Sales | | -$53.70 |
| 08/15/2021 | TL0815 | TRUL Withdrawal | | -$30.00 |
| 08/12/2021 | 475 | Support | | -$100.00 |
| 08/12/2021 | 475 | BP 199 Request - Released | | $100.00 |
| 08/12/2021 | 464 | BP 199 Request - Released | | $300.00 |
| 08/12/2021 | 463 | Subscriptions | | -$5.00 |
| 08/12/2021 | 463 | BP 199 Request - Released | | $5.00 |
| 08/10/2021 | 149 | Sales | | -$4.20 |
| 08/10/2021 | 70 | Sales | | -$60.70 |
| 08/08/2021 | TL0808 | TRUL Withdrawal | | -$15.00 |
| 08/08/2021 | 475 | BP 199 Request | | -$100.00 |
| 08/08/2021 | WFRU0821 | FRP Unicor Pymt | | -$37.80 |
| 08/08/2021 | WUNI0721 | Centralized Unicor | | $75.61 |
| 08/07/2021 | 464 | BP 199 Request | | -$300.00 |
| 08/07/2021 | 463 | BP 199 Request | | -$5.00 |
| 08/04/2021 | TL0804 | TRUL Withdrawal | | -$15.00 |
| 08/03/2021 | 65 | Sales | | -$65.60 |
| 08/02/2021 | 403 | BP 199 Request - Released | | $5.00 |
| 07/27/2021 | 77 | Sales | | -$65.45 |
| 07/25/2021 | TL0725 | TRUL Withdrawal | | -$30.00 |
| 07/24/2021 | 400 | BP 199 Request - Released | | $5.00 |
| 07/24/2021 | 403 | BP 199 Request | | -$5.00 |
| 07/24/2021 | 400 | BP 199 Request | | -$5.00 |

Inmate #: 68127018

James J. Jean-Rene 68127-018
Federal Prison Camp Pensacola
P.O. Box 3949
Pensacola FL 32516-3949

Clerk, U.S. District Court
1N Palafox Street
Pensacola, FL 32502

PENSACOLA FL 325
30 AUG 2021 PM 1 L

RECEIVED AUG 3 - 2021

32502-565850