UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES JEAN-RENE,
    Petitioner,

v.                        Case No. 3:21-cv-870-MCR/MJF

M. V. JOSEPH,
    Respondent.
_____/

## ORDER

Petitioner has filed a petition for writ of habeas corpus and supporting memorandum pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner paid the filing fee and provided a sufficient number of services copies of the petition. Therefore, Respondent will be directed to respond to the petition.

Accordingly, it is **ORDERED:**

1. The clerk of the court is directed to furnish a copy of the petition (Doc. 1) and a copy of this order to Respondent and to the United States Attorney for this District.

2. Respondent shall have **FORTY-FIVE (45) DAYS** from the date of this order in which to file a response to the petition.

**SO ORDERED** this 13th day of October, 2021.

                                      /s/ *Michael J. Frank*
                                      **Michael J. Frank**
                                      **United States Magistrate Judge**