UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES JEAN-RENE,

    Petitioner,

v.                                  Case No. 3:21-cv-870-MCR/MJF

M. V. JOSEPH,

    Respondent.
_____/

# ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 28, 2021. (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Jean-Rene's habeas petition under 28 U.S.C. § 2241, Doc. 1, is **DISMISSED** without prejudice.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 25th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**